**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CORNELIUS MASSEY**

**v.**                                                                          **Civil No. 1:26cv171-HSO**

**UNITED STATES OF AMERICA**

**AND**

**UNITED STATES OF AMERICA**

**v.**                                                                          **Criminal No. 1:18cr69-HSO-RPM-1**

**CORNELIUS MASSEY**

### FINAL JUDGMENT OF DISMISSAL

In accordance with the reasons given in the Court's Order [80] denying

Defendant's Motion [76] to Vacate, the Court hereby enters judgment, pursuant to

Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is

**DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 4th day of August, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE